377 A.2d 995

First v. First, Appellant.

Argued June 17, 1977.  Joseph Michael Smith, with him Smith & Jakubowski, for appellant;  Neil H. Stein, with him Krimsky, Luterman, Stein & Levy, for appellee.

Order affirmed.